IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Olayemi Ejiogu,

Plaintiff,

-vs-

Proctor & Gamble Company,

Defendant.

Case No. 3:09 CV 2243

DISMISSAL ORDER

JUDGE JACK ZOUHARY

A pretrial held on January 15, 2010 resulted in a settlement.

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal filed within thirty (30) days setting forth specific settlement terms and conditions shall supersede this Order. The Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

January 19, 2010